Opinion approved by the Court.

## R. H. KEYWORTH, Appellant, v. The STATE of Texas, Appellee.

### No. 24763.

Court of Criminal Appeals of Texas.

March 8, 1950.

No attorney for appellant.

A. C. Winborn, Criminal Dist. Atty., Houston, E. T. Branch, Asst. Crim. Dist. Atty., Houston, George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The conviction was for violation of the statute prohibiting bookmaking. 652a, Vernon's P.C. The penalty was assessed at a fine of $1,000.

The appellant moves to withdraw his appeal and has filed his personal affidavit supporting the motion.

The motion is granted, and the appeal is dismissed.

Opinion approved by the Court.